**In re: Lawrence M. BORDAN Debtor.**

Lawrence M. Bordan, Appellant–Appellant,

v.

Joseph Songer; Ronald L. Durkin; Lawrence A. Diamant, Appellees–Appellees.

No. 97–56627.

BAP No. CC–95–02183–CVH.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 22, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM[2]

Debtor Lawrence Bordan appeals pro se from the portion of the Bankruptcy Appellate Panel's ("BAP") judgment denying Bordan's request to avoid a judicial lien held by Songer, and from the BAP's order denying his motion for reconsideration. We have jurisdiction pursuant to 28 U.S.C. § 158(d), and we affirm.

Bordan only appeals the portion of the BAP decision that affirms the district court. We affirm for the reasons stated by the BAP in the order, dated August 29, 1997, denying Bordan's request to avoid the judicial lien held by Songer. We affirm the denial of Bordan's motion for reconsideration for the reasons stated by

---

1. We unanimously find this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the BAP in its order dated October 14, 1997.

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.